IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| KERN STAPLES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | Civil No. 04-1664-TC |
| | ) | |
| v. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

COFFIN, Magistrate Judge:

This court issued an order to show cause why defendant's unopposed motion (#10) to dismiss should not be allowed after plaintiff failed to respond to such motion. Plaintiff was ordered to respond within twenty days and cautioned that a failure to respond would result in the dismissal of this action for failure to prosecute and failure to comply with a court order. Plaintiff has not responded. As such, this action should be dismissed for failure to prosecute, failure to comply with a court order, and for the reasons

stated in the defendants' motion. The five factors for dismissal discussed in <u>Malone v. United States Postal Service</u>, 833 F.2d 128 (9th Cir. 1987) have been weighed and indicate that dismissal is proper.

DATED this **31** day of August, 2005.

THOMAS M. COFFIN
United States Magistrate Judge